# UNITED STATES DISTRICT COURT
for the

Middle District of North Carolina

_____ Division

| | |
|---|---|
| John V Schnell | Case No. 1:25CV807 |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☐ Yes ☒ No |
| -v- | |
| Donald J Trump, Josh Stein | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | John V Schnell |
| Street Address | 257 Somerset Dr |
| City and County | Roxboro, Person |
| State and Zip Code | North Carolina, 27573 |
| Telephone Number | 336-583-1748 |
| E-mail Address | ptk64schnell@embarqmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
    Name: Donald J Trump
    Job or Title (if known): President of the United States
    Street Address: 1600 Pennyslvania Ave NW
    City and County: Washington DC
    State and Zip Code: 20500
    Telephone Number: 202-456-1414
    E-mail Address (if known):

Defendant No. 2
    Name: Josh Stein
    Job or Title (if known): Governor of the State of North Carolina
    Street Address: 20301 Mail Service Center
    City and County: Raleigh, Wake
    State and Zip Code: North Carolina 27699-0301
    Telephone Number: 919-814-2000
    E-mail Address (if known):

Defendant No. 3
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1) 13th Amendment of the US Constitution
2) 14th Amendment of the US Constitution
3) 15th Amendment of the US Constitution
4) 19th Amendment of the US Constitution
5) 24th Amendment of the US Constitution
6) 26th Amendment of the US Constitution
7) Voting Rights Act of 1965
8) Harper V. Virginia Board of Elections 383 USC 663 (1966)
9) Rucho V. Common Cause
10) 1St Amendment of the Constitution

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1) In every US Amendment to the Constitution mentioned, it specifically ends with "Congress shall have power to enforce this article by appropriate legislation." I copy and pasted it from one of the Amendment references, but they all say the same thing.

2) Every voting ID law has things like a passport, real ID, birth certificate, and the like. This costs money. This violates the 24th Amendent of the US Constitution, Voting Rights Act of 1965, and Harper V. Virginia Board of Elections (1966).

3) North Carolina's Congressional and legislative maps are what people are calling Gerrymandered in violation of the 13th Amendment of the US Constitution.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1) Everything declared unconstitutional should be cancelled and appropriate remedies to make the unconstitutionality Constitutional.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/02/2025

Signature of Plaintiff

Printed Name of Plaintiff: John V Schnell

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code
Telephone Number
E-mail Address

United States District Court for the Middle District of North Carolina

John Vernon Schnell,　　　　　)
　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　 )
　　　　　　　　　　　　　　　) Case No.:
　　　vs.　　　　　　　　　　　)
　　　　　　　　　　　　　　　)
President of the United States)
　　　　　　　　　　　　　　　)
of America,　　　　　　　　　 )
　　　　　Defendant

To the clerk of courts (only)…

I am not a lawyer. I would have loved to submit this via email but I sent it in. I have made at least 3 copies of the documents because I have questions.

I have a motion for a TRO and called and was told since I am mailing this in to send in my phone number and I would get a call. My number is 336-583-1748.

*[signature: John Shell]*

Dated this 2 September 2025

257 Somerset Dr
Roxboro, NC 27573
John Schnell

Case: 1:12-cv-00679-UA-JEP - 1

Document

United States District Court for the Middle District of North Carolina

John Vernon Schnell, )
)
    Plaintiff, )
)
  vs. ) Case No.:
)
Governor of the State of North )
)
Carolina, )
)
    Defendant

The North Carolina voter id laws (§ 163-166.16. Requirement for photo identification to vote in person[1]) calls for people to show ID that violates the 24th Amendment of the Constitution of the United States[2] and section 10 of the Voting Rights Act of 1965[3].

*[signature: John Schnell]*

Dated this 2 September 2025

257 Somerset Dr
Roxboro, NC 27573
John Schnell

---

[1] https://www.ncleg.gov/enactedlegislation/statutes/pdf/bysection/chapter_163/gs_163-166.16.pdf
[2] https://constitutioncenter.org/the-constitution/amendments/amendment-xxiv
[3] https://www.archives.gov/milestone-documents/voting-rights-act

Case:

Page: 1

Document Voter ID

United States District Court for the Middle District of North Carolina

John Vernon Schnell,

    Plaintiff,

  vs.

President of the United States of America,

    Defendant

Case No.:

---

The executive order of "Presidential executive order dated 25 March 2025 titled: PRESERVING AND PROTECTING THE INTEGRITY OF AMERICAN ELECTIONS"[1] is unconstitutional since it requires the use of items that you have to pay for to register to vote in violation of the 24th Amendment of the Constitution of the United States[2] and section 10 of the Voting Rights Act of 1965[3].

*[signature: John Schnell]*

Dated this 2 September 2025
257 Somerset Dr
Roxboro, NC 27573
John Schnell

---

[1] https://www.whitehouse.gov/presidential-actions/2025/03/preserving-and-protecting-the-integrity-of-american-elections/
[2] https://constitutioncenter.org/the-constitution/amendments/amendment-xxiv
[3] https://www.archives.gov/milestone-documents/voting-rights-act